IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANNIE J. CHAMBERS                                                                            PLAINTIFF

VERSUS                                                            CIVIL ACTION NO. 1:04cv15WJG-JMR

ANTHONY J. PRINCIPI, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS                                                    DEFENDANT

ORDER OF DISMISSAL

This matter is before the Court, *sua sponte*, for consideration of dismissal of this matter for the Plaintiff's failure to prosecute.

On August 24, 2005, an order was entered by the magistrate judge requiring Plaintiff to show cause why this matter should not be dismissed for Plaintiff's failure to prosecute. The envelope mailed to Plaintiff containing a copy of this order was returned to the Clerk of Court by the United States Post Office as undeliverable on November 10, 2005. (Ct. R., Doc. 17.) The Court deems Plaintiff's failure to communicate with this Court in any manner, and Plaintiff's failure to keep the Court apprised of her proper address indicates her lack of intent to pursue this cause. It is therefore,

ORDERED AND ADJUDGED that this matter be, and is hereby, dismissed without prejudice for Plaintiff's failure to prosecute. It is further,

ORDERED AND ADJUDGED that the parties shall bear their respective costs.

SO ORDERED AND ADJUDGED this the 21st day of November, 2005.

          /s/       *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE