IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANNIE J. CHAMBERS                                                                                                     PLAINTIFF

VERSUS                                                         CIVIL ACTION NO: 1:04cv15WJG-JMR

ANTHONY J. PRINCIPI, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS                                          DEFENDANT

<u>FINAL JUDGMENT</u>

This cause is before the Court on the motion to dismiss and for summary judgment [27-1] filed by the Defendant, Anthony J. Principi, former Secretary of Veterans Affairs, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 56. Pursuant to the Memorandum Opinion entered in this cause, this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendant's motion to dismiss [27-1] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Defendant's claims of hostile work environment, retaliation, disability discrimination and age discrimination be, and are hereby, dismissed without prejudice. It is further,

ORDERED AND ADJUDGED that Defendant's motion for summary judgement [27-1] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Defendant's claim of disparate treatment based on race be, and is hereby, dismissed with prejudice. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with this action. It is further,

ORDERED AND ADJUDGED that the above entitle action be, and is hereby, dismissed.

SO ORDERED AND ADJUDGED this the 6th day of August, 2006.

                                                                                       *Walter J. Gex III*
                                                          UNITED STATES SENIOR DISTRICT JUDGE